

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| SAMUEL LYN REAVES, | § | No. 08-21-00186-CR |
| Appellant, | § | Appeal from the |
| v. | § | 18th Judicial District Court |
| THE STATE OF TEXAS, | § | of Johnson County, Texas |
| Appellee. | § | (TC# DC-F201700692) |

# **J U D G M E N T**

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 22ND DAY OF DECEMBER, 2022.

SANDEE B. MARION, Chief Justice (Ret.)

Before Rodriguez, C.J., Alley, J., and Marion, C.J. (Ret.)
Marion, C.J. (Ret.) (Sitting by Assignment)